```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 11-07900-JJT
Holly B. Ostrowski                                                      Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5      User: MMchugh                 Page 1 of 2              Date Rcvd: Dec 21, 2017
                          Form ID: 3180W                Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db          +Holly B. Ostrowski,    158 Sorrel Street,    Stroudsburg, PA 18360-6579
3990306     +Bank of America,    PO Box 660694,    Dallas, TX 75266-0694
4013184     +Capital One,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,Tx 75374-0933
3990311      Edmund F. Ostrowski,    RR 6 Box 6397F,    Stroudsburg, PA 18360
3990313      Frank Ostrowski,    RR6 Box 6397F,    Stroudsburg, PA 18360
3990315     +June O'Neill Chestnuthill,    Chestnuthill Twp Tax Coll,    PO Box 743,    Effort, PA 18330-0743
3990319     +Monroe Radiology Imaging,    PO Box 12 B,    East Stroudsburg, PA 18301-0012
3990320     +Multiplan Inc,    115 5th Ave,    7th Floor,    New York, NY 10003-1099
3990321     +Pocono Med Center,    PO Box 822009,    Philadelphia, PA 19182-2009
3990324     +Powell Rogers & Speaks,    PO Box 930,    Halifax, PA 17032-0930
3990326      Youngs Medical Equipment,    PO Box 983123,    Boston, MA 02298-3123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: PRA.COM Dec 21 2017 18:53:00      PRA Receivables Management LLC,    POB 41067,
              Norfolk, VA 23541-1067
4044433      EDI: BANKAMER2.COM Dec 21 2017 18:53:00      FIA CARD SERVICES, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102
4070354     +EDI: BANKAMER2.COM Dec 21 2017 18:53:00      BANK OF AMERICA, N.A., Et al,
              BANK OF AMERICA, N.A.,    S/B/M TO BAC HOME LOANS SERVICING, L.P.,     7105 CORPORATE DRIVE,
              PLANO, TX 75024-4100
3990305     +EDI: BANKAMER2.COM Dec 21 2017 18:53:00      Bank of America,    PO Box 17054,
              Wilmington, DE 19850-7054
3990304      EDI: BANKAMER2.COM Dec 21 2017 18:53:00      Bank of America,    PO Box 15028,
              Wilmington, DE 19850
3990302     +EDI: BANKAMER.COM Dec 21 2017 18:53:00      Bank of America,    450 American St,    #SV416,
              Simi Valley, CA 93065-6285
3990303      EDI: BANKAMER.COM Dec 21 2017 18:53:00      Bank of America,    Customer Service,    PO Box 5170,
              Simi Valley, CA 93062-5170
4085088     +EDI: OPHSUBSID.COM Dec 21 2017 18:53:00      Candica, LLC,    c/o Weinstein & Riley, P.S.,
              2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
3990308     +EDI: CHASE.COM Dec 21 2017 18:53:00      Chase Bank USA,    PO Box 15298,
              Wilmington, DE 19850-5298
3990309     +EDI: CITICORP.COM Dec 21 2017 18:53:00      Citi Cards,    PO Box 6077,
              Sioux Falls, SD 57117-6077
3990310     +EDI: CITICORP.COM Dec 21 2017 18:53:00      CitiCards/Citibank,    PO Box 6500,
              Sioux Falls, SD 57117-6500
3990316     +EDI: CBSKOHLS.COM Dec 21 2017 18:53:00      Kohls/Capone,    PO Box 3115,
              Milwaukee, WI 53201-3115
3990317     +EDI: BANKAMER2.COM Dec 21 2017 18:53:00      LaSalle Bank Midwest,    135 S. LaSalle Street,
              Chicago, IL 60603-4820
4522872      E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55      M&T BANK,    1100 WEHRLE DRIVE,
              WILLIAMSVILLE, NY 14221
4522873      E-mail/Text: camanagement@mtb.com Dec 21 2017 19:00:55      M&T BANK,    1100 WEHRLE DRIVE,
              WILLIAMSVILLE, NY 14221,    M&T BANK,    1100 WEHRLE DRIVE,    WILLIAMSVILLE, NY 14221
3990318      +E-mail/Text: MKnitter@monroecountypa.gov Dec 21 2017 19:01:17      Monroe County Tax,
              Claim Bueau,    1 Quaker Plaza,    Stroudsburg, PA 18360-2141
4014815     +EDI: OPHSUBSID.COM Dec 21 2017 18:53:00      OAK HARBOR CAPITAL III, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4122248      EDI: PRA.COM Dec 21 2017 18:53:00      Portfolio Recovery Associates,    PO BOX 41067,
              Norfolk VA 23451
3990325     +EDI: DRIV.COM Dec 21 2017 18:53:00      Santander Consumer USA,    P.O. Box 961245,
              Fort Worth, TX 76161-0244
3990307      EDI: USBANKARS.COM Dec 21 2017 18:53:00      Cardmember Service,    PO Box 6354,
              Fargo, ND 58125-6354
3990312      EDI: USBANKARS.COM Dec 21 2017 18:53:00      Elan Financial Services,    PO Box 108,
              St. Louis, MO 63166
4027729      EDI: USBANKARS.COM Dec 21 2017 18:53:00      US Bank N.A.,    Bankruptcy Department,
              P.O. Box 5229,    Cincinnati, OH 45201-5229
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
3990314*      Frank Ostrowski,    RR6 Box 6397F,    Stroudsburg, PA 18360
3990322*     +Pocono Med Center,    PO Box 822009,    Philadelphia, PA 19182-2009
3990323*     +Pocono Med Center,    PO Box 822009,    Philadelphia, PA 19182-2009
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
    J. Zac Christman    on behalf of Debtor 1 Holly B. Ostrowski jchristman@newmanwilliams.com,
     mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
    James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    Joseph P Schalk    on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
     LOANS SERVICING , LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP jschalk@barley.com,
     sromig@barley.com
    Joseph P Schalk    on behalf of Creditor   M&T Bank jschalk@barley.com,  sromig@barley.com
    Joseph P Schalk    on behalf of Creditor   Bank of America, N.A. jschalk@barley.com,
     sromig@barley.com
    Joshua I Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Michael J Clark    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
    Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
    Paul William Cressman    on behalf of Creditor   Bank of America, N.A. pamb@fedphe.com
    Thomas I Puleo    on behalf of Creditor   Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Vincent Rubino    on behalf of Debtor 1 Holly B. Ostrowski
     epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
     williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com

                                                            TOTAL: 13

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Holly B. Ostrowski** | Social Security number or ITIN  xxx–xx–9322 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:11–bk–07900–JJT** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Holly B. Ostrowski
aka Holly Beth Ostrowski, aka Holly Ostrowski

**By the court:**

December 21, 2017

Honorable John J. Thomas
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**